IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCIS M. GERHARD,** ) | **CV F 03-6120 REC WMW HC** |
| ) | |
| Petitioner, ) | |
| ) | **ORDER ADOPTING** |
| v. ) | **FINDINGS AND** |
| ) | **RECOMMENDATIONS AND** |
| ) | **CLOSING CASE** |
| **JOHN ASHCROFT,** ) | |
| ) | **[Doc. 3]** |
| Respondent. ) | |
| ) | |

Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this court. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 28, 2003, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has

conducted a <u>de novo</u> review of this case.   See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on August 28, 2003, are a adopted in full;

2. The Petition for Writ of Habeas Corpus is dismissed as duplicative; and

3. The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

```
IT IS SO ORDERED.

Dated:  March 16, 2006             /s/ Robert E. Coyle
668554                         UNITED STATES DISTRICT JUDGE
```